**Order entered December 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-01444-CV**
**No. 05-15-01445-CV**
**No. 05-15-01446-CV**
**No. 05-15-01447-CV**

**IN RE TROY LEE PERKINS, Relator**

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0700645-S, , F-0771769-S, F-0771970-S, F-0700645-S**

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DISMISS** relator's petition.  We **ORDER**

relator to bear the costs of this original proceeding.


/s/      DAVID J. SCHENCK
JUSTICE